IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

T. KEVIN HANEY                :    CIVIL ACTION
                             :
        v.                   :
                             :
PHILADELPHIA NEWSPAPERS, INC. :    NO. 02-CV-5124


**O R D E R**

   **AND NOW**, this 24th day of October, 2002, upon review of the
pleadings filed to date and upon consideration of the matters
discussed at a conference with counsel, it is **ORDERED**:

1.   By agreement with the parties, this matter is placed in
     **SUSPENSE** pending administrative determinations by the
     Pennsylvania Human Relations Commission ("PHRC") and
     the United States Equal Employment Opportunity
     Commission ("EEOC").

2.   Plaintiff shall provide to this Court a status report
     relating to the PHRC's and EEOC's administrative
     activities on this matter every ninety (90) days
     commencing from the date of this Order.

                              BY THE COURT:


                              _____
                              JAMES McGIRR KELLY, J.