IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. KEVIN HANEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NO. 02-CV-5124 |
| _____ | : | |
| | : | |
| T. KEVIN HANEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NO. 03-CV-4267 |

**O R D E R**

AND NOW, this 15th day of September, 2003, pursuant to the unopposed Motion to Consolidate the above cases, it is ORDERED that:

1. The above cases are consolidated for purposes of discovery and trial.

2. The matter of T. Kevin Haney v. Philadelphia Newspapers, Inc., Civil Action NO. 02-CV-5124 is removed from suspense and is placed on the active trial list of the Court.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.