IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. KEVIN HANEY | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NO. 02-CV-5124 |
| | : | |
| T. KEVIN HANEY | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NO. 03-CV-4267 |

**REPORT OF PRELIMINARY PRETRIAL CONFERENCE
AND
SCHEDULING ORDER**

AND NOW, this 18th day of November, 2003, upon review of the pleadings filed to date and upon consideration of the matters discussed at a conference with counsel, the Court issues the following Scheduling Order to govern all further proceedings in this case:

1. All fact discovery, including requests for and responses thereto, shall be completed on or before _____.

2. Plaintiff's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and it shall be filed on or before _____.

3. Defendant's Pretrial Memorandum shall be prepared in accordance with this Order and Local Rule of Civil Procedure

16.1(c) and it shall be filed on or before _____.

4. All dispositive motions must be filed no later than ten (10) days after the close of discovery.

5. In addition to the items requested in Subsections 1 to 7 of Local Rule of Civil Procedure 16.1(c), the Court directs the following:

   (a) A summary of the qualifications of each expert witness and a specific identification of each discovery item and exhibit to be offered for identification or admission into evidence.

   (b) A final pretrial conference will be held on _____ at _____. The case will be placed in the trial pool on _____.

   (c) Pursuant to Local Rule of Civil Procedure 16.1(d)(3), the Court, of its own motion or at the request of one of the parties, may order further conferences to narrow the issues or explore settlement, but it will *not* be necessary for counsel to prepare a proposed Pretrial Order in accordance with Local Rule of Civil Procedure 16.1(d)(2) unless specifically ordered by the Court.

   (d) The provisions of Local Rule of Civil Procedure 16.1(d)(4) will be applicable to these proceedings.

   (e) Failure to comply with the dates set forth above shall not be grounds for a continuance of the trial and such

failure can result in the imposition of such sanctions as the Court deems appropriate.

    (f) Because of the availability of the videotape recording equipment in the Federal Courthouse at minimal cost to counsel, requests for a continuance due to the absence of a medical or expert witness will not be favorably received by the Court.

    (g) Expert Reports - Refer to paragraph 6 of the Pretrial and Trial Procedures Before Judge James McGirr Kelly for procedures regarding expert reports.

6. _____.

BY THE COURT:

_____JAMES McGIRR KELLY, J.

```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES J. THORPE                   :     CIVIL ACTION
                                  :
     v.                           :
                                  :
JAMESTOWN VILLAGE-AIMCO           :     NO. 03-CV-5439
```