IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. KEVIN HANEY | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NOS. 02-CV-5124 & 03-4267 |

**O R D E R**

AND NOW, this 22nd day of July, 2004, in consideration of Defendant's Motion for a Protective Order, to which no response has been filed, and in consideration of Local Rule of Civil Procedure 7.1(c), it is ORDERED that:

1. Defendants' Motion is GRANTED.

2. Plaintiff shall not be permitted to take the deposition upon oral examination of Katherine Hatton, Esquire, except by Order of this Court.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.