IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. KEVIN HANEY | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA NEWSPAPERS, INC. | : | NOS. 02-CV-5124 & 03-4267 |

### **O R D E R**

AND NOW, this 22nd day of July, 2004, in consideration of Defendant's Motion to Compel Dr. Peter Meyer to Comply with Defendant's April 2, 2004 Subpoena, to which no response has been filed, and in consideration of Local Rule of Civil Procedure 7.1(c), it is ORDERED that Defendant's Motion to Compel Dr. Peter Meyer to Comply with Defendant's April 2, 2004 Subpoena is GRANTED.  It is further ORDERED that Dr. Peter Meyer shall produce to Defendant's attorneys all documents responsive to the subpoena served upon him by Defendant on April 2, 2004 within ten (10) days of the date of this Order, and Dr. Peter Meyer shall pay all reasonable expenses incurred by Defendant, including attorneys' fees in bringing this motion.

Failure to comply fully with the terms of this Order may subject Dr. Peter Meyer to appropriate sanctions upon application to this Court, which may include being held in contempt.

BY THE COURT:


_____
JAMES McGIRR KELLY, J.