IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T. KEVIN HANEY, | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION |
| PHILADELPHIA NEWSPAPERS, INC. | : | NOS. 02-5124 & 03-4267 |
| Defendant | : | |

O R D E R

AND NOW, TO WIT this 26th day of October, 2004, it having been reported that the issues between the parties in the above actions have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above actions are DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____   _____
SHARON A. HALL                              HONORABLE JAMES MCGIRR KELLY
Deputy Clerk                                     Judge, United States District Court


cc:  Copies mailed to counsel by chambers